# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0012.  ALISSA DIEGO v. THE STATE.**

On July 20, 2017, Alissa Diego filed an application for discretionary appeal from the trial court's order denying bond, which was entered on June 19, 2017.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  We lack jurisdiction to consider an untimely application.  See *Hill*, supra.  Here, Diego filed her application 31 days after the trial court's order was entered.  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, we lack jurisdiction, and the application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/16/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*